

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 3:04-CR-328-D(01) |
| | § | |
| DAVID MILLER | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, DAVID MILLER, by and through undersigned counsel and file this his Unopposed Motion for Extension of Time for Objection Deadlines. In support of said motion, the Defendant would show unto the Court as follows:

I.

The Defendant's Objections to the Presentence Report are due on Friday, February 4, 2005. Counsel requests to February 9, 2005, as an extension of time to file Defendant's Objections to the Presentence Report.

II.

Undersigned counsel has conferred with the Assistant United States Attorney and the United States Probation Officer in connection with this request and is authorized to state that they do not oppose this request for extension.

III.

This motion is not filed for purposes of delay only, but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Honorable Court grant this Unopposed Motion for Extension of Time to file Objections to the

Presentence Report to February 9, 2005.

                                            Respectfully submitted,

                                            Richard A. Anderson
                                            Texas State Bar No.: 01207700
                                            *Of Counsel to*
                                            *Burleson, Pate & Gibson, L.L.P.*
                                            2414 N. Akard, Suite 700
                                            Dallas, Texas 75201
                                            214/871-4900
                                            214/871-0718 (facsimile)
                                            COUNSEL FOR DEFENDANT
                                            DAVID MILLER

### **CERTIFICATE OF CONFERENCE**

      This is to certify that undersigned counsel has conferred with Aisha Saleem., the Assistant United States Attorney in charge of this case, and is authorized to state that the Government does not oppose this request for extension of time to file PreSentence Report Objections.

      SIGNED this the 2nd day of February, 2005.

                                            RICHARD A. ANDERSON

### **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing motion was delivered to Aisha Saleem., the Assistant United States Attorney in charge of this case, 1100 Commerce, 3rd floor, Dallas, TX 75242, and Casey Kimble, U.S. Probation Department, 1100 Commerce, Rm 13B3, Dallas, TX 75242, this the 2nd day of February, 2005.

                                            RICHARD A. ANDERSON