ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 2 2005

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:04-CR-328-D(01) |
| DAVID MILLER | § | |

**ORDER**

ON THIS DAY came on to be heard *considered* Defendant's Unopposed Motion for Extension of Time to File Objections to the Presentence Report; and after having considered the pleadings and arguments of counsel, the Court is of the opinion that said motion should be and the same is hereby in all respects GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Objections to the Presentence Report are due on February 9, 2005.

SIGNED THIS THE 2ⁿᵈ day of February , 2005.

_____
UNITED STATES DISTRICT JUDGE

**ORDER** - Page Solo