UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HONORABLE SIDNEY A. FITZWATER, PRESIDING
DEPUTY CLERK      PAT ESQUIVEL
LAW CLERK _____
INTERPRETER _____
A.M. 9:00 - 9:27    P.M. _____

COURT REPORTER/TAPE: **Randy Wilson**
USPO _____
COURT TIME: 27 min (.5)
DATE: 3-4-05

CR. No. **3:04CR328-D**      DEFT. No. **1**

UNITED STATES OF AMERICA

v.

**David Miller**
Defendant's Name

**Dan Guess** . AUSA

**Richard Anderson**
Counsel for Deft.  Appt-(A), **Retd-(R)**, FPD-(F)

## SENTENCING

- [x] Sentencing held.  ☐ Objections to PSI heard.  [x] Plea agreement accepted.  ☐ Plea agreement NOT accepted.
- ☐ Change of plea hearing, deft withdraws plea of guilty.
- [x] Pre Sentencing Guidelines
- [x] New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).  ☐ Departs Upward  ☐ Departs Downward
- [x] **SENTENCING TEXT:**
  - [x] Deft. placed on: Probation for **2** ~~months~~/years.
  - ☐ Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _____ months/years.
  - ☐ Deft. placed on: Supervised Released for _____ months/years
  - ☐ Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $ **0**.
  - ☐ Counts _____ dismissed on government's motion.
  - ☐ Order dismissing original Indictment/Information to be entered upon government's written motion.
  - [x] $ **100** special assessment on Count(s) **1**
    of ☐ Indictment  [x] Information  ☐ Superseding Indictment  ☐ Superseding Information.
- ☐ Trial set for: _____
- ☐ Defts bond ☐ set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety
- ☐ Deft ordered to surrender to U.S. Marshal on _____
- ☐ Deft ordered to surrender to the designated institution on _____
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Bond ☐ continued  ☐ revoked
- ☐ Deft Advised of his right to appeal.
- ☐ Deft requests Clerk to enter notice of Appeal.
- ☐ Deft Custody/Detention continued.
- ☐ Deft REMANDED to custody.  ☐ Court recommends incarceration at _____

OTHER PROCEEDINGS: Atty admissions: NDTX - Bridget Alison Blinn
WDTX - Lawrence Bowman
SDTX - William Memory
Jason Binford

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 4 2005
CLERK, U.S. DISTRICT COURT
By ____ Deputy

Copy to:       Minute Order Book