PROB 12E
(7/2005)



# United States District Court

for

Northern District of Texas

## Report on Offender Under Supervision - Court Decision Requested

Name of Offender: <u>David Miller</u>             Case Number: <u>3:04-CR-328-D(01)</u>

Name of Sentencing Judicial Officer: <u>U.S. District Judge Sidney A. Fitzwater</u>

Date of Original Sentence: <u>March 4, 2005</u>

Original Offense: <u>Counterfeit Obligations of the United States, 18 USC § 471</u>

Original Sentence: <u>2 years probation</u>

Type of Supervision: <u>Probation</u>             Date Supervision Commenced: <u>March 4, 2005</u>

Assistant U.S. Attorney: <u>Aisha Saleem</u>        Defense Attorney: <u>Richard Alan Anderson (retained)</u>

### NOTIFICATION TO THE COURT FOR CAUSE AS FOLLOWS:

### I.

The following information/request is being presented for the Court's review and decision:

Mr. David Miller has submitted a request for permission to travel to San Pedro, Belize. He has requested permission to travel from November 6 to 13, 2005, for his honeymoon/vacation with his wife. In accordance with the policy guidelines regarding travel outside the United States, the request is referred to Your Honor for consideration. Mr. Miller has paid the special assessment of $100, which was the only monetary assessment imposed. Since his placement on probation, Mr. Miller has been fully cooperative and compliant with the terms of supervision.

PROB 12E
David Miller                                                                                                    Page 2
Report on Offender Under Supervision - Court Decision Requested

## II.

The probation officer recommends the following action for the Court to consider:

In view of Mr. Miller's established residence, employment, and compliant attitude toward supervision, it is respectfully recommended that the requested travel be approved.

Respectfully submitted,                          Approved,

*[signature]*                                    *[signature]*

Eduardo K. Masters                               Scott D. McCallum
Senior U.S. Probation Officer                    Supervising U.S. Probation Officer
972-864-8503, Ext. 213                           972-864-8503, Ext. 230

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Eduardo K. Masters                               Signed on  10/25/05
Senior U.S. Probation Officer                                  Date

THE COURT:

[✓]   Agrees with the recommendation of the probation officer.
[ ]   Directs the probation officer to submit a request for modifying the conditions or term of supervision.
[ ]   Directs the probation officer to submit a request for a warrant or summons.
[ ]   Other.

                                                *[signature]*
                                                Sidney A. Fitzwater
                                                U.S. District Judge

                                                October 31, 2005
                                                            Date

EKM:lcm